UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 23-81035-CIV-DAMIAN**

**ESTATE OF RONALD P. STANTON**, *et al.*,

    Plaintiffs,

v.

**THE UNITED STATES OF AMERICA**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon the parties' Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [ECF No. 53] ("Stipulation"), filed March 29, 2024. The Court having reviewed the Stipulation, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Count 1 of the Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE** and Counts 2 and 3 of the Complaint are **DISMISSED WITHOUT PREJUDICE** pursuant to the parties' Stipulation. Each party shall bear its own fees and costs.

2. The Clerk is directed to **CLOSE** this case.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District Florida on April 1st, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record